TUCKER ELLIS LLP
BART L. KESSEL SBN 125080
bart.kessel@tuckerellis.com
VALERIA GOLODNITSKA, SBN 289865
valeria.golodnitska@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: 213.430.3400
Facsimile: 213.430.3409

Attorneys for Plaintiff,
SCHAWK USA, INC.

JS-6

# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHAWK USA, INC, <br> Plaintiff, <br> v. <br> TERRA TECH CORP., <br> Defendant | Case No. 2:18-cv-02571 FMO-AGR <br> Hon. Judge Fernando M. Olguin <br> **ORDER ON STIPULATION [21] FOR DISMISSAL WITH PREJUDICE OF DEFENDANT TERRA TECH CORP.** <br> Action Filed: March 29, 2018 <br> Trial Date: July 23, 2019 |

Pursuant to Stipulation entered into between Plaintiff SCHAWK USA, INC. and Defendant TERRA TECH CORP., this Court hereby orders the following:

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant are hereby DISMISSED with prejudice.

DATED: September 12, 2018      /s/
_____
Honorable Fernando M. Olguin
United States District Judge

1

ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT TERRA TECH CORP.
1379496.1